IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MORELL HERNANDEZ ALIOSCHA, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-00650-CDL-AGH |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 9/16/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk